JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-262 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING STATUS CONFERENCE |
| LAVERNE FIELDS, et al., | Date: June 18, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Laverne Fields, John R. Manning, Esq., counsel for defendant Erik Solisfox, Christopher Haydn-Myer, Esq., and counsel for defendant Alexander Hughes, A. Stanley Kubochi, Esq., that the status conference presently set for May 7, 2012 be **continued to June 18, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 18, 2012.

1

IT IS SO STIPULATED.

Dated: May 1, 2012                                   /s/ John R. Manning
                                                              JOHN R. MANNING
                                                              Attorney for Defendant
                                                              Laverne Fields

Dated: May 1, 2012                                    /s/ Christopher Haydn-Myer
                                                              CHRISTOPHER HAYDN-MYER
                                                              Attorney for Defendant
                                                             Erik Solisfox

Dated: May 2, 2012                                    /s/ Stanley Kubochi
                                                             A. STANLEY KUBOCHI
                                                             Attorney for Defendant
                                                             Alexander Hughes


Dated: May 3, 2012                                    Benjamin B. Wagner
                                                             United States Attorney

                                            by:    /s/ Jason Hitt
                                                             JASON HITT
                                                             Assistant U.S. Attorney


## ORDER

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

1  The Court orders that the time from the date of the parties' stipulation, May 3, 2012, to
2  and including June 18, 2012, shall be excluded from computation of time within which the trial
3  of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
4  3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to
5  prepare). It is further ordered that the May 7, 2012, status conference shall be continued until
   June 18, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated:   May 3, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE