JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) CR NO. S-11-262-01 WBS
                           )
    Plaintiff,             )
                           ) JOINT REQUEST AND [~~PROPOSED~~]
v.                         ) ORDER FOR A PRE-PLEA REPORT
                           ) CALCULATING MR. FIELDS' CRIMINAL
                           ) HISTORY
LAVERNE FIELDS,            )
                           ) Judge: Hon. William B. Shubb
    Defendant.             )
_____)

       The Parties, Jason Hitt, Esq., Assistant United States Attorney, and counsel for defendant Laverne Fields, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating defendant Laverne Fields' criminal history. Mr. Fields' criminal history is sufficiently complicated that a pre-plea report is necessary to assist the parties in resolving the matter.

       Respectfully submitted,

Dated: June 11, 2012                  /s/ John Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Laverne Fields

Dated: June 12, 2012                    Benjamin B. Wagner
                                        United States Attorney

                              by:       /s/ Jason Hitt
                                        Jason Hitt
                                        Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-11-262 WBS |
| Plaintiff, | ORDER FOR A PRE-PLEA REPORT CALCULATING MR. FIELDS' CRIMINAL HISTORY |
| v. | |
| LAVERNE FIELDS, | Judge: Hon. William B. Shubb |
| Defendant. | |

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Laverne Fields' criminal history.

IT IS SO ORDERED.

Dated:     June 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE