JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAVERNE FIELDS, et al.,

    Defendants.

No. CR-S-11-262 WBS

STIPULATION AND
[~~PROPOSED~~ ORDER] CONTINUING
STATUS CONFERENCE

Date: October 29, 2012
Time: 9:30 a.m.
Judge: Honorable William B. Shubb

    The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Laverne Fields, John R. Manning, Esq., and counsel for defendant Erik Solisfox, Christopher Haydn-Myer, Esq., hereby stipulate the following:

  1. By previous order, this matter was set for status conference on October 15, 2012.

  2. By this stipulation, defendants now move to continue the status conference until October 29, 2012 and to exclude time between October 15, 2012 and October 29, 2012 under the Local Code T-4 (to allow defense counsel time to prepare).

  3. The parties agree and stipulate, and request the Court find the following:

    a. Counsel for the defendants need additional time to review the discovery, conduct investigation and interview potential witnesses. Additionally, counsel for the

1

defendants needs time review and convey any plea agreement (or offer) suggested by the government with the defendants.

b. Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 15, 2012 to October 29, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 9, 2012                  /s/ John R. Manning
                                                               JOHN R. MANNING
                                                               Attorney for Defendant
                                                               Laverne Fields

Dated: October 10, 2012				/s/ Christopher Haydn-Myer
						CHRISTOPHER HAYDN-MYER
						Attorney for Defendant
						Erik Solisfox


Dated: October 11, 2012				Benjamin B. Wagner
						United States Attorney

					by:	/s/ Jason Hitt
						JASON HITT
						Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of October, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE