CHRISTOPHER HAYDN-MYER LAW OFFICES
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1704
Facsimile:  (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ERIK SOLISFOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK SOLISFOX,<br><br>Defendant. | Cr. No. S-11-262 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date:  April 8, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt and defendant Erik Solisfox, through counsel Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A status conference is currently set for April 8, 2013 at 9:30 a.m.

2. By this stipulation, the above-named defendants now move to continue the status conference to May 28, 2013 at 9:30 a.m., and to exclude time between April 8, 2013 to May 28, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a. The government has produced discovery which to date includes 689 pages containing investigative materials.  Additionally, the government and counsel have been in

- 1 -

|   |   |   |
|---|---|---|
| 1 | | negotiations to resolve the case, and the additional time is necessary for plaintiff and |
| 2 | | defendant to reach a resolution to the case. |
| 3 | b. | Counsel for defendant believes that failure to grant the above-requested continuance |
| 4 | | would deny his client the reasonable time necessary for effective preparation, taking |
| 5 | | into account the exercise of due diligence. |
| 6 | c. | Plaintiff does not object to the continuance. |
| 7 | d. | Based on the above-stated findings, the ends of justice served by continuing the status |
| 8 | | conference as requested outweigh the best interest of the public and the defendant in |
| 9 | | a trial within the original date prescribed by the Speedy Trial Act. |
| 10 | e. | For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et |
| 11 | | seq., within which trial must commence, the time period from April 8, 2013, to May |
| 12 | | 28, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B |
| 13 | | (iv) [Local Code T4] because it results from a continuance by the Court at the |
| 14 | | defendants request on the basis of the Court's finding that the ends of justice served |
| 15 | | by taking such action outweigh the best interest of the public and the defendants in a |
| 16 | | speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 4, 2013  BENJAMIN B. WAGNER
United States Attorney

 /s/ Jason Hitt
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff United States

///
///

DATED: April 4, 2013      LAW OFFICE OF CHRISTOPHER HAYDN-MYER

/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant Erik Solisfox

**ORDER**

IT IS SO FOUND AND ORDERED this <u>8th</u> of April, 2013.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE