CHRISTOPHER HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ERIK SOLISFOX

IN THE UNTED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 11-262-04 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE; FINDING OF |
| | ) | EXCLUDABLE TIME |
| | ) | |
| ERIK SOLISFOX, | ) | Date:  July 1, 2013 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| _____) | | |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt and defendant, Erik Solisfox, through his attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A status conference is currently set for July 1, 2013 at 9:30 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status Conference to August 12, 2013 at 9:30 a.m., and to exclude time between July 1, 2013 to August 12, 2013 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status

1

conference is as follows:

    a. The government has produced discovery which to date includes 689 pages containing investigative materials. Additionally, the government and counsel have been in negotiations to resolve the case, and the additional time is necessary for plaintiff and defendant to reach a resolution to the case.

    b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny his client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. Plaintiff does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 1, 2013 to August 12, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: June 27, 2013    BENJAMIN B. WAGNER
                        Unites States Attorney

                        /s/ Jason Hitt
                        JASON HITT
                        Assistant United States Attorney
                        Assistant for Plaintiff United States


DATED: June 27, 2013    LAW OFFICE OF CHRISTOPHER HAYDN-MYER

                        /s/ Christopher Haydn-Myer
                        CHRISTOPHER HAYDN-MYER
                        Attorney for Defendant Erik Solisfox


## ORDER

    IT IS SO FOUND AND ORDERED.

Dated:  July 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE